Byron L. Ames, Esq. (#7581)
Chet A. Glover, Esq. (#10054)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
cglover@amesfirm.com
Attorneys for Defendants
Santiago Ancira and
Savanna Trucking, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| Kevin Wiltz, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Santiago Ancira, an individual, Savanna Trucking, LLC a Foreign Limited Liability Corporation, Does I–X; Roe Companies I–X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00555-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**ECF No. 23** |

Plaintiff Kevin Wiltz ("**Plaintiff**") and Defendants Santiago Ancira and Savanna Trucking, LLC ("**Defendants**"), by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

1

1. All of Plaintiff's claims that were, or could have been, brought in this matter against Defendants are dismissed with prejudice, each party to bear its own fees and costs.

| **AMES & AMES, LLP** | **HICKS & BRASIER, PLLC** |
|---|---|
| Dated this 6th day of December, 2022. | Dated this 6th day of December, 2022. |
| /s/ Chet A. Glover | /s/ Betsy Jefferies Aguilar |
| Byron L. Ames, Esq. (#7581)<br>Chet A. Glover, Esq. (#10054)<br>8275 S. Eastern Ave, Ste. 200-723<br>Las Vegas, Nevada 89123<br>Attorneys for Defendants | Betsy Jefferies Aguilar (#12980)<br>2630 South Jones Boulevard<br>Las Vegas, Nevada 89146<br>Attorneys for Plaintiff |

### ORDER

**Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
12/6/22